PER CURIAM.
Affirmed. See Dallas & Mavis Forwarding Co., Inc., v. Stegall, 659 F.2d 721, 722 (6th Cir.1981); Rutherford v. Lyzak, 698 So.2d 1305, 1306 (Fla. 4th DCA 1997); Weise v. Repa Film Int’l, 683 So.2d 1128, 1129 (Fla. 4th DCA 1996); Hagan v. Sun Bank of Mid-Florida, 666 So.2d 580 (Fla. 2d DCA 1996); Maklakiewicz v. Berton, 652 So.2d 1208, 1209 (Fla. 3d DCA 1995); Key v. State, 430 So.2d 909, 910 (Fla. 1st DCA 1983).